## ALABAMA PENNY SAVINGS BANK v. HOLMES.

(Decided June 10, 1915.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

W. S. BURROWS, for appellant.  GEORGE E. BUSH, for appellee.

SAYRE, J.—No error. Affirmed.

---

## BRIGHT, ET AL. v. AYRES, ET AL.

(Decided June 3, 1915.)

APPEAL from Marshall Chancery Court.

Heard before Hon. THOMAS W. WERT.

STREET & ISBELL, for appellants.  JOHN A. LUSK & SON, for appellees.

MAYFIELD, J.—Complainants were properly denied relief.  Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.